FILED
CLERK

8/27/2018 11:53 am

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

EXTENET SYSTEMS, INC.

                                        Plaintiff,

                    -against-

VILLAGE OF MUNSEY PARK,

                                        Defendant.

-------------------------------------------------------------------------x

**NOTICE OF VOLUNTARY
DISMISSAL PURSUANT TO
FRCP 41(a)(1)(A)(i)**

Case No. 18-cv-3587 (JMA)(AKT)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff ExteNet Systems, Inc. (Plaintiff"), by its attorneys Cuddy & Feder LLP, hereby gives notice that the above captioned action is voluntarily dismissed, without any prejudice to Plaintiff or to the Defendant Village of Munsey Park.

Dated:          White Plains, New York
                August 23, 2018

                                **CUDDY & FEDER LLP**
                                *Attorneys for Plaintiff*
                                *ExteNet Systems, Inc.*
                                445 Hamilton Avenue, 14th Floor
                                White Plains, New York 10601
                                (914) 761-1300

Case closed.
SO ORDERED.                     By:     /s/ Leanne M. Shofi
/s/ JMA, USDJ                           Leanne M. Shofi (LS 3750)
8/27/2018                               Christopher B. Fisher (CF 9494)

3843316.1